

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2021

No. 04-20-00530-CV

Abelardo G. **GONZALEZ**,
Appellant

v.

Isidro R. **ALANIZ** and Pedro Morales,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020CVK001190D1
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

On January 22, 2021, Appellant filed a motion notifying this court that the clerk and reporter had not yet filed the clerk's and reporter's records as requested.  The motion asked this court to order the clerk and reporter to file their records.

On November 3, 2020, the clerk filed the clerk's record.  On or about January 13, 2021, this court advised the reporter to file the record by February 12, 2021.  Appellant's motion is MOOT.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court